### FOSTER CUNLIFF ESQʳ ADᵉˢ VS. PETER BOURSE ESQʳ ADᵉˢ

Having considered the Libel of the sᵈ Foster Cunliff Esqʳ and others Owners of the Ship Angola and Cargo Against Peter Bourse Esqʳ and others, Agents or Factors for James Allen, Commander of a Privat Sloop of War call'd the Revenge, and James Wimble, Commander of an other Sloop of War call'd the Revenge their several Owners, Officers, and Mariners. As also the Return of the Appraisers appointed by Order of this Court, to Appraise sᵈ Ship Angola and Cargo: And as it appears by sᵈ Return, that Capt John Freebody, one of the Agents for the Owners, Officers, and Mariners, of sᵈ Privat Sloops of War; Would not shew sᵈ Appraisers, that part of the Cargo of the sᵈ Ship Angola, that came into his hands as Agent aforesᵈ (but declared that they should not see the same)

By which means, the True value of sᵈ Cargo remains unknown. And as the Decree of the Commissioners, for Hearing, and Determining Appeals in Prize Cases, can't be carry'd into execution, untill the Value of sᵈ Cargo is ascertained

I do therefore, Order the sᵈ John Freebody to Assign Reasons if any he has; forthwith, why he should not Render an accunt under oath, of that Part of sᵈ Cargo, which he receiv'd as aforesᵈ to the Register of this Court.

Chambers Russell J: Admity

[Admiralty Papers, VII, 56]

### FOSTER CUNLIFF ESQᴿ AND OTHERS OWNERS OF THE SHIP *Angola* AND CARGO VS PETER BOURSE ESQᴿ AND OTHERS AGENTS FOR JAMES ALLEN COMMANDER OF THE PRIVATEER *Revenge* AND JAMES WIMBLE COMMANDER OF ANOTHᴿ PRIVATEER CALLED THE *Revenge* THEIR SEVERAL OWNERS OFFICERS AND MARINERS

Libel

Having fully Considered the Libel of the said Foster Cunliff Esqʳ and others against Peter Bourse Esqʳ and others Agents as aforesaid; and as Captain John Freebody one of the Agents aforesaid has not assigned Sufficient Reasons why he should not Account agreable to an Interlocutory Decree of this Court on said Libel and Do therefore Order and Decree said John Freebody to render an Account forthwith under oath of that part of the Cargo

which he receiv'd as aforesaid to the Register of this Court and also Decree the said John Freebody to pay the Costs of this Court

Newport May the 30ᵗʰ 1750                    Chambers Russell J Admiᵗʸ

COLONY OF RHODE ISLAND ETC COURT OF VICE ADMIRALTY    Costs on Ship Angola vs John Freebody, Vizᵗ

| | |
|---|---|
| Filing and allowing the Information | £ 1.10 — |
| Citation and service | 1.16 — |
| Drawing the Libel etc. | 3.10 — |
| Swaring 6. Evidences | 3 — — |
| 10. Adjournments | 32 — — |
| Bale Bond | —.10 — |
| Interlocutory Decree | 3.10 — |
| Citation | 1.10 — |
| Warrant of Appraisment and summoning Dᵒ | 2.10 — |
| Swaring Appraisers | 1.10 — |
| Citation and service | 1.16 — |
| Interlocutory Decree | 3.10 — |
| Definitive Ditto | 6 — — |
| Filing papers and Taxing Cost | — 16 — |
| Copy of the proceedings sent Judge Russell . pr order qᵗ 54 Sheets 5½ of which were in Foreign Language | 20 — — |
| | £84. 0. 0 |

[Admiralty Papers, VII, 57]